Kenneth R. LOCKE, Jr. v. ROW-ELL BROTHERS, INC., No. 148-79

July 25, 1980. Appeal dismissed for failure to comply with the order dated June 5, 1980.